**STATE OF LOUISIANA**          *          NO. 2025-K-0739

**VERSUS**                      *          COURT OF APPEAL

**JOSEPH A. GABRIEL**           *          FOURTH CIRCUIT

                                *          STATE OF LOUISIANA

                                *

                                *

* * * * * * *

**JOHNSON, J., DISSENTS**

    I respectfully dissent and would deny the writ.